IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHIL DEGGINGER, *et al.* : CIVIL ACTION
:
v. :
:
HOUGHTON MIFFLIN HARCOURT :
PUBLISHING COMPANY, *et al.* : NO. 10-3069

**O R D E R**

AND NOW, this 2nd day of September 2010, upon consideration of the defendants' Motion for Partial Dismissal and the response thereto, IT IS ORDERED:

That the Motion is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.